In the Matter of the Claim of ALFRED KOSZIOLLEK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Simons, JJ., concur.